## DANIEL SUTHERLAND, CURATOR TO THE VACANT SUCCESSION AND ESTATE OF PATRICK ROBERTSON, DECEASED
### v.
## JAMES AND FRANCIS LASSELLE

1808

### JOURNAL ENTRIES

1. Discontinuance . . . . . . . . . . *Journal, infra,* *p. 142

### PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . . .

## UNITED STATES
### v.
## WILLIAM McDOWELL SCOTT

1808

### JOURNAL ENTRIES

1. Appearance; plea; issue . . . . . . . . *Journal, infra,* *p. 142
2. Continuance . . . . . . . . . . . . " 143
3. Vice-marshal ordered to summon jury . . . . . . " 219
4. Jurors; verdict; judgment . . . . . . . . . . " 222

### PAPERS IN FILE
[None]